# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

ANGELA M. WARREN,                  )
     Plaintiff,                      )
                                       )

v.                             )     **JUDGMENT IN A CIVIL CASE**
                                     )
                                   )     **CASE NO. 5:10-CV-63-D**

MICHAEL J. ASTRUE,          )
Commissioner of Social Security,   )
     Defendants.              )
                                     )

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 15, 2010** WITH A COPY TO:

Vaughn Clauson (via CM/ECF Notice of Electronic Filing)
Dennis R. Foley  (via CM/ECF Notice of Electronic Filing)


<u>November 15, 2010</u>                         DENNIS P. IAVARONE, Clerk
Date                                       Eastern District of North Carolina

                                             /s/ Debby Sawyer
                                           (By) Deputy Clerk

Raleigh, North Carolina